**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1599

MICHAEL T. BENSON,

Plaintiff - Appellant,

versus

TOMMY G. THOMPSON, Secretary of Health and
Human Services,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, Senior District Judge.
(CA-02-3626-MJG)

Submitted:  October 1, 2004        Decided:  October 27, 2004

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael T. Benson, Appellant Pro Se.  Larry David Adams, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael T. Benson appeals the district court's orders granting summary judgment to Defendant and denying Benson's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Benson v. Thompson, No. CA-02-3626-MJG (D. Md. Mar. 22, 2004; Apr. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED